# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER LAWRENCE GRIFFIN,<br><br>  Petitioner,<br><br>  v.<br><br>BRANDON PRICE,<br><br>  Respondent. | Case No. 1:21-cv-01507-SAB-HC<br><br>ORDER DENYING PETITIONER'S MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 10) |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner has submitted a document entitled "Respondent's Status Conference Brief, Motion for SVPA Speedy Trial, Declaration of Attorney, Construed Leave to File or to Amend Pending Motion." (ECF No. 10). The filing is 135 pages and contains *in forma pauperis* documents, trust account statements, and various documents submitted in Petitioner's other cases in numerous courts. The Court construes the document as a motion to proceed *in forma pauperis*. See Castro v. United States, 540 U.S. 375, 381-82 (2003) (courts may recharacterize a pro se motion to "create a better correspondence between the substance of a pro se motion's claim and its underlying legal basis"); Bernhardt v. Los Angeles County, 339 F.3d 920, 925 (9th Cir. 2003) (courts have a duty to construe pro se pleadings and motions liberally).

///

This Court previously authorized Petitioner to proceed *in forma pauperis* on October 13, 2021. (ECF No. 6). Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to proceed *in forma pauperis* (ECF No. 10) is DENIED as MOOT.

IT IS SO ORDERED.

Dated:  **December 21, 2021**

UNITED STATES MAGISTRATE JUDGE